938

No. 891, Misc. CANTRELL v. NASH, WARDEN. Supreme Court of Missouri. Certiorari denied.

No. 892, Misc. MERRILL v. JACKSON, WARDEN. Court of Appeals of New York. Certiorari denied. Petitioner pro se. Louis J. Lefkowitz, Attorney General of New York, and Paxton Blair, Solicitor General, for respondent.

No. 896, Misc. KEENER v. ADAMS, WARDEN. Supreme Court of Appeals of West Virginia. Certiorari denied.

No. 898, Misc. DEL BONO v. UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioner pro se. Solicitor General Rankin, Assistant Attorney General Wilkey and Beatrice Rosenberg for the United States.

No. 902, Misc. IN RE LA MANNA. District Court of Appeal of California, Fourth Appellate District. Certiorari denied.

No. 903, Misc. STINCHCOMB v. CALIFORNIA ET AL. Supreme Court of California. Certiorari denied.

No. 906, Misc. BALDWIN v. UNITED STATES. C. A. 4th Cir. Certiorari denied. Petitioner pro se. Solicitor General Rankin, Assistant Attorney General Wilkey, Beatrice Rosenberg and Felicia Dubrovsky for the United States.

No. 912, Misc. BARNES v. NEW YORK. Appellate Division of the Supreme Court of New York, Second Judicial Department. Certiorari denied.

No. 915, Misc. JACKSON v. NEW YORK. Appellate Division of the Supreme Court of New York, Fourth Judicial Department. Certiorari denied.